IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VISHNUKUMAR PATEL-001<br>KIRITKUMAR PATEL-002<br>JITENDRAKUMAR PATEL-003<br>JAGDISHBHAI PATEL-004<br>SHILPABEN PATEL-005<br>MAYUR PATEL-007<br>RAYMOND RAMPERSAD-008 | Case No.: 4:22-CR-24-CDL-MSH |

## ORDER

Defendants were indicted on October 11, 2022, ECF No. 1, and arraigned on February 1, 2023, ECF No. 12.[1] A pretrial conference is currently scheduled for March 8, 2023. The parties jointly ask to continue the case. Specifically, Defendants need additional time to review discovery, to discuss discovery and possible defenses with counsel, and to discuss possible resolutions with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **September 2023**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendants and the Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned

---

[1] One remaining defendant, Kamleshkumar Patel, has not been arrested and remains at large.

by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

  SO ORDERED, this **6th** day of **March, 2023**.

                S/Clay D. Land
                Clay D. Land, U.S. District Judge