IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

VISHNUKUMAR PATEL
KIRITKUMAR PATEL
JITENDRAKUMAR PATEL
JAGDISHBHAI PATEL
SHILPABEN PATEL
KAMLESHKUMAR PATEL
MAYUR PATEL
RAYMOND RAMPERSAD

Case No.: 4:22-CR-24-CDL-MSH

## ORDER

Defendants were indicted on October 11, 2022, ECF No. 1, and subsequently arraigned. ECF Nos. 74-80, 114. A pretrial conference is currently scheduled for August 10, 2023. The parties jointly ask to continue the case until the Court's March 2024 trial term. Specifically, Defendants need additional time to review discovery, to discuss discovery and possible defenses with counsel, to review discovery and proposed plea agreements with the assistance of an interpreter, and to discuss possible resolutions with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the term of Court set for **March 2024**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendants and the Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall

not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **3rd** day of **August, 2023**.

S/Clay D. Land
Clay D. Land, U.S. District Judge